UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Ryan Jarod Cato )
(Enter above the NAME of the plaintiff in this action.)

v.

Greene County Detention Center And Sherriff )
(Enter above the NAME of each defendant in this action.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

1

2.  COURT: (If federal court, name the district; if state court, name the county): _____

3.  DOCKET NUMBER: _____

4.  Name of Judge to whom case was assigned: _____

5.  Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Greene County Detention Center

A.  Is there a prisoner grievance procedure in this institution? YES ( ) NO (✓)

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C.  If your answer is YES,

  1.  What steps did you take? I filed a request, Then a grievance to ADm. + sherriff

  2.  What was the result? They wrote Back stating they were going along with TDOC protocol But they aren't

D.  If your answer to B is NO, explain why not ① They still are not doing initial Testing when inmates come in. ② They are not doing a 14 Day Quarntin ③ Theyer is no social Distancing

E.  If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F.  If your answer is YES,

  1.  What steps did you take? I filed a request to the ADministrator, Then to the sherriff, Then I filed a Grivence to the sheriff + aDministration

2

2. What was the result? They have not took any messures to fix the issues that Are Listed Below.

### III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Ryan Jared Cate

Present address: 120 E. Depot St, Greeneville 37743

Permanent home address: 150 Lady Marion Trail, Greeneville, 37743

Address of nearest relative: 1409 Upland Ave, Greeneville, TN 37743

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Greene County Detention Center

Official position: Detention Center

Place of employment: 120 E. Depot St Greeneville, TN 37743

C. Additional defendants: Administrator, Sherriff

### IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

They are not Doing inital Drug testing, They are not Doing 14 Day Quritin, no social Distancing,

3

These are overcrowding. They are showing Dilbrate. inDiffrences To my + our needs

4

Case 2:20-cv-00262-TRM-CRW   Document 1   Filed 12/22/20   Page 4 of 5   PageID #: 4

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I would like to see these issues resolved By the Sheriff, administrator + Greene County Detention Center or provide all of us with Compasinate Release

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 18th day of December, 2020.

_____
Signature of plaintiff(s)

5