UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| RYAN JAROD CATE, ) | |
| ) | Case No. 2:20-cv-262 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Cynthia R. Wyrick |
| GREENE COUNTY DETENTION ) | |
| CENTER, GREENE COUNTY ) | |
| DETENTION CENTER ) | |
| ADMINISTRATION, and GREENE ) | |
| COUNTY SHERIFF, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion and order filed herewith, it is

**ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42

U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted. 28

U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

Because the Court **CERTIFIED** in the memorandum opinion and order that any appeal

from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is

**DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

                                                              **/s/ *Travis R. McDonough***
                                                              **TRAVIS R. MCDONOUGH**
                                                              **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
*/s/ John L. Medearis*
CLERK OF COURT